# Court of Appeals
# of the State of Georgia

ATLANTA,  December 12, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0655. JOHNNY JOHNSON v. THE STATE OF GEORGIA.**

Johnny Johnson filed this direct appeal of the superior court's order denying his petition for removal from the sex offender registry under OCGA § 42-1-19. However, OCGA § 5-6-35 (a) (5.2) provides that "[a]ppeals from decisions of superior courts granting or denying petitions for release pursuant to Code Section 42-1-19" must be taken by application for discretionary appeal. "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Johnson's failure to follow the discretionary appeals procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/12/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*